# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

United States of America, et al.

                                                       Plaintiff,

v.                                                           Case No.: 1:11−cv−08859

                                                                Honorable George M. Marovich

Metropolitan Water Reclamation District of Greater Chicago

                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 25, 2013:

      MINUTE entry before Honorable George M. Marovich: Motion hearing held. Intervenors' motion to set status and scheduling conference [63] is moot. Discovery ordered closed by 8/6/2013. Briefing schedule set on plaintiffs' motion to enter consent decree [60]: responses due by 9/5/201; replies due by 9/26/2013; rule by mail.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.